EXHIBIT 1

## Pamela C. Chalk

**From:** Pamela C. Chalk
**Sent:** Wednesday, July 20, 2022 5:17 PM
**To:** 'Dan Terzian'
**Cc:** Pamela C. Chalk
**Subject:** RE: Gopher v. Modern Doc Media ex parte

Dan

We will proceed accordingly.

Pamela

---



**Pamela C. Chalk** 📧
Attorney at Law
pchalk@murchisonlaw.com

Phone
619.544.1568 Fax

LOS ANGELES
IRVINE
SAN DIEGO
NORTHERN CALIFORNIA
LAS VEGAS
ONTARIO

CELEBRATING 90 YEARS

Symphony Towers 750 B Street, Suite 2550
San Diego
CA 92101
View my vCard
www.murchisonlaw.com

CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

**From:** Dan Terzian <dan.terzian@warrenterzian.com>
**Sent:** Wednesday, July 20, 2022 4:22 PM
**To:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Cc:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc Media ex parte

---

**[EXTERNAL EMAIL]**

Pamela,

This is essentially the same request that Gopher Media made a month ago, on June 23, and which we corresponded about extensively then.

As I wrote back then, Gopher Media must state with specificity the discovery it wants and the discovery devices it needs for that. *New.Net, Inc. v. Lavasoft*, 356 F. Supp. 2d 1090, 1101–03 (C.D. Cal. 2004).

In response to that, you said: "We will be deposing your clients, conducting third party depositions, subpoenaing documents, and propounding all categories of written discovery."

I responded that is not specific enough under the case law, and we cannot agree to vague and overbroad discovery requests like that. Gopher Media still has not identified any specific topics or specific persons to be subpoenaed (and on what topics).

If Gopher Media proposes specific topics and specific persons for a stipulation, we are happy to consider them and see if agreement is possible. But if Gopher Media maintains that its prior statement is sufficient and it will provide no more information, we have no choice but to oppose.

Best,
Dan

—
**Dan Terzian**
**Warren Terzian LLP**

222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
213.410.2617  |  dan.terzian@warrenterzian.com

This message may contain information protected by attorney-client privilege or the work product doctrine.

**From:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Date:** Wednesday, July 20, 2022 at 3:33 PM
**To:** Dan Terzian <dan.terzian@warrenterzian.com>
**Cc:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Gopher v. Modern Doc Media ex parte

Dan

We will be moving ex parte to seek an order to do early discovery in this case.  Further review of the matter has revealed that there is no stay in federal court on discovery while an anti-slapp motion is pending.  As such, we will be seeking to do early discovery and related relief via ex parte motion.

I assume you oppose.  Please advise.  We anticipate filing this motion by tomorrow.

Sincerely,

Pamela C. Chalk

**Pamela C. Chalk**
Attorney at Law
pchalk@murchisonlaw.com

619.230.6958 Phone
619.544.1568 Fax

Symphony Towers 750 B Street, Suite 2550
San Diego
CA 92101
View my vCard
www.murchisonlaw.com

CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

## Pamela C. Chalk

| | |
|---|---|
| **From:** | Pamela C. Chalk |
| **Sent:** | Thursday, June 23, 2022 7:21 PM |
| **To:** | Dan Terzian |
| **Subject:** | Re: Gopher v. Modern Doc |

I did. You failed to read my emails.

Pamela C. Chalk, Esq.
Attorney at Law
pchalk@murchisonlaw.com
Cell: 619-788-8858
Murchison & Cumming LLP
Symphony Towers
750 B Street, Suite 2550
San Diego, California 92101
Phone: (619) 544-6838
Fax: (619) 544-1568
www.murchisonlaw.com
CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**From:** Dan Terzian <dan.terzian@warrenterzian.com>
**Sent:** Thursday, June 23, 2022 6:56:14 PM
**To:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

**[EXTERNAL EMAIL]**

Pamela,

You have not identified any specific categories of documents or information, and you have not identified any specific third parties.

Based on your refusal to identify anything specifically, we cannot agree to these overbroad and vague categories.

Best,
Dan

—
**Dan Terzian**
**Warren Terzian LLP**

222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
213.410.2617 | dan.terzian@warrenterzian.com

This message may contain information protected by attorney-client privilege or the work product doctrine.

**From:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Date:** Thursday, June 23, 2022 at 3:48 PM
**To:** Dan Terzian <dan.terzian@warrenterzian.com>, Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

Dan

I identified the categories so your position makes no sense.

We will be deposing your clients, conducting third party depositions, subpoenaing documents, and propounding all categories of written discovery as I said.

Pretty straightforward.

Pamela

Pamela C. Chalk, Esq.
Attorney at Law
pchalk@murchisonlaw.com
Cell: 619-788-8858
Murchison & Cumming LLP
Symphony Towers
750 B Street, Suite 2550
San Diego, California 92101
Phone: (619) 544-6838
Fax: (619) 544-1568
www.murchisonlaw.com
CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**From:** Dan Terzian <dan.terzian@warrenterzian.com>
**Sent:** Thursday, June 23, 2022 3:35:48 PM
**To:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

**[EXTERNAL EMAIL]**

I did not receive any legal authority from you, Pamela. If you have any contrary legal authority to the case I cited, please provide it.

Best,
Dan

—
**Dan Terzian**
**Warren Terzian LLP**

2

222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
213.410.2617 | dan.terzian@warrenterzian.com

This message may contain information protected by attorney-client privilege or the work product doctrine.

**From:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Date:** Thursday, June 23, 2022 at 3:30 PM
**To:** Dan Terzian <dan.terzian@warrenterzian.com>
**Subject:** Re: Gopher v. Modern Doc

I did that.

Pamela C. Chalk, Esq.
Attorney at Law
pchalk@murchisonlaw.com
Cell: 619-788-8858
Murchison & Cumming LLP
Symphony Towers
750 B Street, Suite 2550
San Diego, California 92101
Phone: (619) 544-6838
Fax: (619) 544-1568
www.murchisonlaw.com
CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**From:** Dan Terzian <dan.terzian@warrenterzian.com>
**Sent:** Thursday, June 23, 2022 3:04:04 PM
**To:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

**[EXTERNAL EMAIL]**

Pamela,

If Gopher Media moved for discovery, it would have to identify specific categories of discovery. *New.Net, Inc. v. Lavasoft*, 356 F. Supp. 2d 1090, 1101–03 (C.D. Cal. 2004). That is what we are asking for now, as part of a meet and confer on Gopher Media's proposed motion.

Given that it is Gopher Media's proposed motion, please provide any authority for its position that it can withhold providing the categories of requested discovery and discovery devices to be used on the grounds of work product.

Best,
Dan

—
**Dan Terzian**
**Warren Terzian LLP**

222 N. Pacific Coast Highway, Suite 2000

Los Angeles, CA 90245
213.410.2617 | dan.terzian@warrenterzian.com

This message may contain information protected by attorney-client privilege or the work product doctrine.

**From:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Date:** Thursday, June 23, 2022 at 2:53 PM
**To:** Dan Terzian <dan.terzian@warrenterzian.com>, Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

Dan

You are asking for our work product.

Please provide law that requires such a disclosure.

Pamela

Pamela C. Chalk, Esq.
Attorney at Law
pchalk@murchisonlaw.com
Cell: 619-788-8858
Murchison & Cumming LLP
Symphony Towers
750 B Street, Suite 2550
San Diego, California 92101
Phone: (619) 544-6838
Fax: (619) 544-1568
www.murchisonlaw.com
CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**From:** Dan Terzian <dan.terzian@warrenterzian.com>
**Sent:** Thursday, June 23, 2022 2:51:27 PM
**To:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

[EXTERNAL EMAIL]

Pamela,

We need to know the specific categories and specific devices (e.g., does "all devices" include subpoenas; if yes, who do you intend to subpoena?).

Just saying "all the issues" and "all devices" doesn't give us anything concrete to agree on for a universe of discovery for a stipulation.

Best,
Dan

4

**Dan Terzian**
**Warren Terzian LLP**

222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
213.410.2617 | dan.terzian@warrenterzian.com

This message may contain information protected by attorney-client privilege or the work product doctrine.

**From:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Date:** Thursday, June 23, 2022 at 1:55 PM
**To:** Dan Terzian <dan.terzian@warrenterzian.com>, Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

Dan

All the issues in the anti-slapp and claims by your client. All devices.

Pamela

Pamela C. Chalk, Esq.
Attorney at Law
pchalk@murchisonlaw.com
Cell: 619-788-8858
Murchison & Cumming LLP
Symphony Towers
750 B Street, Suite 2550
San Diego, California 92101
Phone: (619) 544-6838
Fax: (619) 544-1568
www.murchisonlaw.com
CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is
confidential and/or legally privileged. The information is intended only for the use of the individual or entity named
above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the
taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this
communication by error, please delete it from your computer and notify us immediately.

**From:** Dan Terzian <dan.terzian@warrenterzian.com>
**Sent:** Thursday, June 23, 2022 1:37:16 PM
**To:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Re: Gopher v. Modern Doc

**[EXTERNAL EMAIL]**

Pamela,

What topics do you intend to seek discovery on and what discovery devices will you use? We need to know so that we can
evaluate whether to agree and whether the hearing date can remain the same date (we could agree to expediting it, which
may be feasible pending on what we are looking at).

Best,
Dan

5

—
**Dan Terzian**
**Warren Terzian LLP**

222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
213.410.2617 | dan.terzian@warrenterzian.com

This message may contain information protected by attorney-client privilege or the work product doctrine.

**From:** Pamela C. Chalk <pchalk@murchisonlaw.com>
**Date:** Thursday, June 23, 2022 at 7:13 AM
**To:** Dan Terzian <dan.terzian@warrenterzian.com>, Pamela C. Chalk <pchalk@murchisonlaw.com>
**Subject:** Gopher v. Modern Doc

Dan

We intend to move ex parte the Court to continue the hearing on your motion so that we can conduct limited discovery as to the issues in the anti-slapp motion. We will also ask the Court to give us leave to conduct such discovery.

We assume you oppose.

Please advise.

Sincerely,
Pamela C. Chalk, Esq.
Attorney at Law
pchalk@murchisonlaw.com
Cell: 619-788-8858
Murchison & Cumming LLP
Symphony Towers
750 B Street, Suite 2550
San Diego, California 92101
Phone: (619) 544-6838
Fax: (619) 544-1568
www.murchisonlaw.com

CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.